UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MORGAN & CURTIS, ASSOCIATES, INC., on
behalf of itself and all others similarly situated,

Plaintiffs,

-vs.-

KINGSUN USA INC., KINGSUN DISTRIBUTION
CORP. AND FUYUN JI,

Defendants.

14 CV 5764

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all the parties to the above entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above entitled action hereby is

discontinued with prejudice, without any costs to either party as against the other. This

stipulation may be filed with the Clerk of the Court without further notice.

Dated: November 20, 2015

Ronald P. Hart. P.C.
Attorneys for Defendants
Kingsun, U.S.A Inc. and Kingsun
Distribution Corp.

By: _Ronald Paul Hart_
        Ronald P. Hart
225 Broadway, Suite 2815
New York, New York 10007
(212) 766-1443

Bellin & Associates LLC
Attorneys for Plaintiff

By: _Aytan Y. Bellin_
        Aytan Y. Bellin
50 Main Street, Suite 1000
White Plains, New York 10606
(914) 358-5345

/s/ USDJ Johnson

SO ORDERED

STERLING JOHNSON, JR., SENIOR U.S.D.J.

SO ORDERED:

_____

SO ORDERED
on this ___1st___ day of _December_ 2015
[S] USDJ   JOHNSON
STERLING JOHNSON, JR., SENIOR U.S.D.J.

2